IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

MARY BUNKER and CHRIS BUNKER,

      Plaintiff,

v.

TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, ENHANCED RECOVERY COMPANY LLC, ACCOUNT RESOLUTION CORPORATION, OPTIMA RECOVERY SERVICES, CENTRAL STATES RECOVERY, INC., and KANSAS COUNSELORS, INC.,

      Defendants.

Civil Action No.

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

### A. PROCEDURAL BACKGROUND

1.    On or about July 10, 2017, Plaintiffs Mary Bunker and Chris Bunker ("Plaintiffs") filed the Petition in this action in the District Court of Wyandotte County, Kansas ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*, against Equifax Information Services, LLC ("Equifax"), Enhanced Recovery Company LLC ("Enhanced Recovery"), Account Resolution Corporation ("Account Resolution"), Optima Recovery Services ("Optima Recovery"), Central States Recovery, Inc. ("Central States Recovery"), Kansas Counselors Inc. ("Kansas Counselors"), and Trans Union.

2.    The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

1

3.  Defendants Trans Union, Equifax, Enhanced Recovery, and Account Resolution were served with Plaintiffs' Petition on July 14, 2017. Defendant Optima Recovery was served with Plaintiff's Petition on July 17, 2017. Defendants Central States Recovery and Kansas Counselors have settled with the Plaintiffs. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B. GROUNDS FOR REMOVAL

4.  The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1446(b). Removal is thus proper because Plaintiffs' claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Petition, Plaintiffs seek damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5.  Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within thirty (30) days after Defendants were first served with the Petition, the initial pleading setting forth the claims for relief upon which Plaintiffs' action is based.

6.  Pursuant to 28 U.S.C. §1441(a), venue of the removal action is proper in the District of Kansas, Kansas City Division because it is in the district and division embracing the place where the state court action is pending.

7.  Promptly after the filing of this Notice of Removal, Trans Union LLC shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the District Court of Wyandotte County, Kansas, as required by 28 U.S.C. § 1446(d).

8.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders

served upon the Defendants in the State Court Action is attached hereto as **"Exhibit A"**.

    9.    Trial has not commenced in the District Court of Wyandotte County, Kansas.

    10.    Upon information and belief, all Defendants who have been served upon the date of filing of this Notice of Removal and remain parties to this litigation consent to the removal of this case. Joinder in the Removal from Equifax, Enhanced Recovery, Account Resolution, and Optima Recovery, are attached hereto as **Exhibit "B"**. By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: August 11, 2017

    Respectfully submitted,

    /s/ Bryan E. Mouber
    **BRYAN E. MOUBER** #19710
    mouber@bscr-law.com
    **JAMES S. KREAMER** #14374
    kreamer@bscr-law.com
    **BAKER, STERCHI, COWDEN & RICE LLC**
    51 Corporate Woods
    9393 West 110th St, Suite
    Overland Park, KS 66210
    (913) 451-6752
    (816) 472-0288 Fax
    *Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A.J. Stecklein
AJ@KCconsumerlawyer.com
Michael H. Rapp
MR@KCconsumerlawyer.com
Stecklein & Rapp
748 Ann Ave.
Kansas City, KS 66101
(913) 371-0727
(913) 371-0147 Fax
*Counsel for Plaintiff*

G. Gabriel Zorogastua
gzorogastua@polsinelli.com
Polsinelli PC
900 W. 48th Street, Suite 900
Kansas City, MO 64112
(816) 753-1000
(816) 753-1536 Fax
*Counsel for Equifax Information Services, LLC*
Jim Hill, President
Account Resolution Corporation
700 Goddard Ave.
Chesterfield, MO 63005
resolution@arc1.biz
*Counsel for Account Resolution Corporation*

Scott S. Gallagher
sgallagher@sgrlaw.com
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Ste. 2600
Jacksonville, FL 32202
(904) 598-6111
(904) 598 6211 Fax
*Counsel for Enhanced Recovery Company LLC*

Lane Cates
lane.cates@abeo.com
Abeo
7301 North S.H. 161, Ste. 136
Irving, TX 75039
(972) 861-1284
*Counsel for Optima Recovery Services*

/s/ Bryan E. Mouber
BRYAN E. MOUBER