IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY BUNKER and
CHRIS BUNKER,

           Plaintiffs,

vs.                              Case Number: 17-CV-02467 JAR/KGS

TRANS UNION, LLC, *et al.*,

           Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS TRANS UNION LLC, ENHANCED RECOVERY COMPANY LLC, ACCOUNT RESOLUTION CORPORATION, AND OPTIMA RECOVERY SERVICES

Plaintiff and Defendants Trans Union LLC, Enhanced Recovery Company LLC, Account Resolution Corporation, and Optima Recovery Services file this stipulation of dismissal pursuant to this Court's November 17, 2017 Order (Doc. 11) and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.     Plaintiffs are Mary Bunker and Chris Bunker; Defendants are Trans Union LLC, Equifax Information Services LLC, Enhanced Recovery Company LLC, Account Resolution Corporation, Optima Recovery Services, Central States Recovery, Inc. and Kansas Counselors, Inc.

2.     On August 11, 2017, this case was removed to the United States District Court for the District of Kansas (Doc. 1).

3.     Defendant Equifax Information Services LLC filed an Answer August 17, 2017 (Doc. 5); Defendant Trans Union LLC filed an Answer August 18, 2017 (Doc. 7). Remaining Defendants did not file Answers or otherwise enter their appearances.

4.     Plaintiffs have either resolved or settled this matter with all Defendants (Doc. 10).

5.     Plaintiffs dismissed their lawsuit against Defendants Equifax Information Services

LLC and Central States Recovery, Inc. on November 17, 2017 (Doc. 12).

6. On August 9, 2017, Plaintiffs dismissed their Wyandotte County District Court case against Defendant Kansas Counselors, Inc. before removal to this Court.

7. Plaintiffs now move to dismiss the lawsuit against remaining Defendants.

8. Defendants agree to the dismissal.

9. This case is not a class action.

10. A receiver has not been appointed in this case.

11. Plaintiffs filed a bankruptcy petition on November 12, 2015 in the District Court of Kansas, case 15-22384.

12. On November 9, 2017, Plaintiffs' bankruptcy judge approved the settlement with Defendants (Bankruptcy Doc. 30).

13. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

14. This dismissal is with prejudice to refiling.

15. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
        MR@KCconsumerlawyer.com
Attorney for Plaintiff

By: /s/ Bryan E. Mouber
Bryan E. Mouber #19710
James S. Kreamer  #14374
Baker, Sterchi, Cowden & Rice LLC
9393 West 110th Street, Suite 500
Overland Park, Kansas 66210
Telephone:  913-451-6752
Facsimile:  816-472-0288
Email:  mouber@bscr-law.com
  kreamer@bscr-law.com
Attorneys for Defendant Trans Union LLC

By:  /s/ Lane Cates
Abeo
7301 North S.H. 161, Suite 136
Irving, Texas 75039
Telephone: 972-861-1284
Facsimile:  770-701-6740
Email: Lane.Cates@abeo.com
Attorney for Defendant Optima Recovery Services

By:  /s/ Shelly Gensmer
Enhanced Recovery Company LLC
8014 Bayberry Road
Jacksonville, Florida 32256
Telephone: 904-510-6536
Email: mgensmer@ercbpo.com
Attorney for Enhanced Recovery Company LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed on December 12, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein #16330
